# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RUFUS WEST,

    Plaintiff,

    v.                              Case No. 06-C-068

JOHN KUSSMAUL, GERALD BERGE,
PETER HUIBREGSTE, EGGERS, JOHNSON,
SGT. PATTON, MATTHEW FRANK, TIM HAINES,
SGT. HOTTENSTEIN, BRAD HOMPE, LAXTON,
MICKELSON, SCHISSEL, STEVE CASPERSON,
KEVIN POTTER, GARY BOUGHTON,
MICHAEL SNOTGRASS, C.O. JERGENS, HEDEMAN,
JOANNE GOVIER, ERIC HUNT, DR. ESCANDELL,
NICHOLAS FURER, and JOHN SHARPE,

    Defendants.

## ORDER

    Plaintiff has filed a motion for an order directing the Marshal to serve three of the defendants in the above matter. The docket reflects that all three of the defendants named in the motion have already been served and in fact two have already filed answers. In other words, the Marshals Service has accomplished what plaintiff asked me to order. Based upon the foregoing, plaintiff's motion is denied as moot.

    SO ORDERED this   13th   day of October, 2006.

                                                 s/ William C. Griesbach
                                               William C. Griesbach
                                               United States District Judge