# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RUFUS WEST,

    Plaintiff,

    v.                                          Case No. 06-C-068

JOHN KUSSMAUL, et al.,

    Defendants.

## ORDER

*Pro se* prisoner Rufus West, has filed a motion for a preliminary injunction and a motion to appoint counsel in the above matter. The motion for a preliminary injunction describes a series of incidents that would be considered laughably juvenile, were it not for the fact that the need to respond to them will require the expenditure of scarce legal and judicial resources. West alleges that, on several occasions, the guards coming to his door to take him either to recreation or to the law library have insisted that he present his shoes to them before he extends his hands outside of his cell to be cuffed. Exactly why his shoes are presented is unclear. In any event, West alleges that two Corrections Officers, Barr and Christ, have on several occasions warned him that if he extended his hands out of his cell before giving them his shoes, he would not go to recreation. West alleges that since most other guards require that he first extend his hands so that handcuffs can be applied, he has failed to comply with their demands. As a result, recreation has either been delayed or denied on several occasions. West also alleges one incident where the same occurred with his access to the law library. He concludes that the guards are arbitrarily interfering with his right to

recreation time and legal research in retaliation for his bringing this lawsuit. He requests that the court enter a preliminary injunction prohibiting the defendants and their "echo unit peers" from retaliating against him and denying him access to the courts.

In order for the court to determine whether there is any merit to West's allegations that corrections officers are retaliating against him for bringing his lawsuit or interfering in his access to the courts, defendants should file a response to his motion on or before July 10, 2007. West's motion for appointment of counsel will be held under advisement until after that time.

**SO ORDERED** this     5th     day of June, 2006.


                 s/ William C. Griesbach
                 William C. Griesbach
                 United States District Judge